UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

Plaintiff,

v.

Shawn Hickman,

Defendant.

_____/

Case:2:22-cr-20496
Judge: Leitman, Matthew F.
MJ: Grand, David R.
Filed: 09-27-2022 At 03:29 PM
IND USA V. HICKMAN (DA)

Violations:
18 U.S.C. § 922(g)(1)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

*18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition*

On or about August 16, 2022, in the Eastern District of Michigan, the defendant, SHAWN HICKMAN, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, ammunition, to wit: Blazer 9mm caliber ammunition; in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS
*18 U.S.C. § 924(d) and 28 U.S.C. § 2461*

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

Upon conviction of the offense charged in this Indictment, Shawn Hickman, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and 28 United States Code, Section 2461, any firearm or ammunition involved in said offense including but not limited to:

- Blazer 9mm caliber ammunition

THIS IS A TRUE BILL
s/Grand Jury Foreperson
GRAND JURY FOREPERSON
Dated: 9/27/2022

DAWN N. ISON
United States Attorney

*s/Craig Wininger*
CRAIG WININGER
Chief, Violent and Organized Crime Unit

*s/ Blake S. Hatlem*
Blake S. Hatlem
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI 48226
(313) 226-9613
blake.hatlem@usdoj.gov

| United States District Court<br>Eastern District of Michigan | Criminal Case C | Case: 2:22-cr-20496<br>Judge: Leitman, Matthew F.<br>MJ: Grand, David R.<br>Filed: 09-27-2022 At 03:29 PM<br>IND USA V. HICKMAN (DA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: _BH_ |

**Case Title:** USA v. Shawn Monte Hickman

**County where offense occurred:** Wayne

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/____Information --- **no** prior complaint.
 ✔ Indictment/____Information --- based upon prior complaint [Case number: 22-mj-30387 ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

9/27/2022
Date

Blake Hatlem
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9613
Fax:  313-226-3265
E-Mail address: Blake.Hatlem@usdoj.gov
Attorney Bar #: P58969

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.