UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,   Case No. 22-cr-20496
                                   Hon. Matthew F. Leitman
v.

SHAWN HICKMAN,

    Defendant.
_____/

## ORDER TO SEAL

Shawn Hickman has moved to seal his Sentencing Memorandum and accompanying exhibits. Having been duly advised in the premises and supporting authority;

**IT IS HEREBY ORDERED** that Shawn Hickman's Sentencing Memorandum and exhibits shall be filed by the Clerk under seal.

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: January 18, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 18, 2024, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan
                                              Case Manager
                                              (313) 234-5126