UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,                                 CASE NO. 22-CR-20496

-v                                            HON. Matthew F. Leitman

Shawn Hickman,

    Defendant.

_____/

## ORDER GRANTING EX PARTE MOTION FOR LEAVE TO FILE VIDEOS USING THE MEDIA FILE UPLOAD

This matter is before the Court on the government's motion for leave to file via the electronic portal "Media File Upload" in CM/ECF five files consisting of surveillance videos. The Court has reviewed the motion and finds that is should be granted.

Accordingly, it is ORDERED that the government's Ex Parte Motion for Leave to File Videos via the Electronic Portal "Media File Upload" in CM/ECF is GRANTED. The government shall file a copy of the video recordings with the Clerk's office as required by the Court's CM/ECF Filing Policies and Procedure R19(c).

**IT IS SO ORDERED.**

                                                        s/Matthew F. Leitman
                                                        MATTHEW F. LEITMAN
                                                       UNITED STATES DISTRICT JUDGE

Dated:  January 24, 2024